**Order entered July 26, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00539-CV

### IN THE INTEREST OF A.R.M., A CHILD

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-09646**

## ORDER

Before the Court is the July 24, 2017 request of court reporter Georgina Ware for an extension of time to file the reporter's record. We **GRANT** the request **to the extent** that the reporter's record shall be filed by **Monday, August 7, 2017**. *See* TEX. R. APP. P. 35.3(c). We caution Ms. Ware that further requests for an extension of time in this accelerated appeal involving the termination of parental rights will be disfavored.

/s/     CRAIG STODDART
JUSTICE